AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

**— OFFENSE CHARGED —**

Count One: 15 U.S.C. §1 - Bid Rigging (Counts 1 and 6)
Count Two: 18 U.S.C. §1341 - Mail Fraud (Counts 2, 3 4, 5, 7 and 8)
18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c) - Forfeiture

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:
See attachment

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

*FILED*
*NOV 19 2014*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

*JD*

**— DEFENDANT - U.S —**

▶ MICHAEL MARR

DISTRICT COURT NUMBER

**CR 14 580**

**DEFENDANT**

**— PROCEEDING —**

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form  E. Kate Patchen, Dept. of Justice

☐ U.S. Attorney  ☒ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes  If "Yes" give date filed
been filed?  ☐ No

**DATE OF ARREST** ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

**— ADDITIONAL INFORMATION OR COMMENTS —**

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT

If Summons, complete following:
☒ Arraignment  ☒ Initial Appearance

Defendant Address:

Unknown

Comments:

Bail Amount:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: 12/8/2014; 9:30 a.m.  Before Judge: Kandis A. Westmore

FILED

NOV 1 9 2014

PENALTY SHEET

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Individual:    **Michael Marr**

CR 14 580

JD

15 U.S.C. § 1 – Bid Rigging (Counts One and Six)
<u>Maximum Penalties</u>:
1.    A term of imprisonment of 10 years
2.    A fine of $1 million, or two times the gross gain or loss, whichever is greater
3.    A period of supervised release of not more than 3 years
4.    $100 special assessment per count ($200)
5.    Restitution

18 U.S.C. § 1341 – Mail Fraud (Counts Two, Three, Four, Five, Seven and Eight)
<u>Maximum Penalties</u>:
1.    A term of imprisonment of 20 years
2.    A fine of $1 million
3.    A period of supervised release of not more than 5 years
4.    $100 special assessment per count ($600)
5.    Restitution

18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c) – Forfeiture
      Any property constituting, or derived from, proceeds obtained directly or
      indirectly from the scheme and artifice to defraud alleged in said Counts

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**FILED**

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

─── **OFFENSE CHARGED** ───

Count One: 15 U.S.C. §1 - Bid Rigging (Counts 1 and 6)
Count Two: 18 U.S.C. §1341 - Mail Fraud (Counts 2, 7 and 8)
18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c) - Forfeiture

☐ Petty
☐ Minor
☐ Misde-
    meanor
☒ Felony

PENALTY:     See attachment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

NOV 19 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

─ **DEFENDANT - U.S** ─

▶ JAVIER SANCHEZ

**JD**

DISTRICT COURT NUMBER

**CR 14 580**

─── **PROCEEDING** ───

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court,
   give name of court

☐ this person/proceeding is transferred from another district
   per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
   charges previously dismissed
   which were dismissed on motion
   of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE

   SHOW
   DOCKET NO.
}

☐ this prosecution relates to a
   pending case involving this same
   defendant

   MAGISTRATE
   CASE NO.
}

☐ prior proceedings or appearance(s)
   before U.S. Magistrate regarding this
   defendant were recorded under
}

Name and Office of Person
Furnishing Information on this form   E. Kate Patchen, Dept. of Justice

☐ U.S. Attorney   ☒ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)

─────── **DEFENDANT** ───────

**IS NOT IN CUSTODY**
   Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
       summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction      } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

   If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes     } If "Yes"
been filed?    ☐ No         give date
                            filed _____

**DATE OF**  ▶          Month/Day/Year
**ARREST**

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED**  ▶    Month/Day/Year
**TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☒ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT          Bail Amount: _____

If Summons, complete following:
☒ Arraignment   ☒ Initial Appearance
Defendant Address:

Unknown

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: 12/8/2014; 9:30 a.m.    Before Judge: Kandis A. Westmore

Comments:

PENALTY SHEET

Individual:   **Javier Sanchez**

CR 14 580 JD

15 U.S.C. § 1 – Bid Rigging (Counts One and Six)
Maximum Penalties:
1. A term of imprisonment of 10 years
2. A fine of $1 million, or two times the gross gain or loss, whichever is greater
3. A period of supervised release of not more than 3 years
4. $100 special assessment per count ($200)
5. Restitution

FILED

NOV 1 9 2014

**RICHARD W. WIEKING**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

18 U.S.C. § 1341 – Mail Fraud (Counts Two, Seven, and Eight)
Maximum Penalties:
1. A term of imprisonment of 20 years
2. A fine of $1 million
3. A period of supervised release of not more than 5 years
4. $100 special assessment per count ($300)
5. Restitution

18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c) – Forfeiture
   Any property constituting, or derived from, proceeds obtained directly or
   indirectly from the scheme and artifice to defraud alleged in said Counts

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**FILED**
NOV 19 2014
RICHARD W. WIEKING
CLERK, U.S. DIST. COURT
NORTHERN DIST. OF CALIFORNIA

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

### OFFENSE CHARGED

Count One: 15 U.S.C. §1 - Bid Rigging (Count 1)
Count Two: 18 U.S.C. §1341 - Mail Fraud (Counts 3, 4, and 5)
18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c) - Forfeiture

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:        See attachment

### DEFENDANT - U.S

▶ GREGORY CASORSO                    **JD**

DISTRICT COURT NUMBER

**CR  14  580**

### DEFENDANT

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW
DOCKET NO. }

☐ this prosecution relates to a
pending case involving this same
defendant

MAGISTRATE
CASE NO. }

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under }

Name and Office of Person
Furnishing Information on this form  E. Kate Patchen, Dept. of Justice

☐ U.S. Attorney  ☒ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)

**IS *NOT* IN CUSTODY**
  Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
      summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction }
6) ☐ Awaiting trial on other charges }  ☐ Federal  ☐ State
      If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes   If "Yes"
been filed?   ☐ No    give date filed

DATE OF
ARREST ▶         Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT     Bail Amount:

If Summons, complete following:
☒ Arraignment  ☒ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Unknown

Date/Time: 12/8/2014; 9:30 a.m.   Before Judge: Kandis A. Westmore

Comments:

PENALTY SHEET

Individual:     **Gregory Casorso**

15 U.S.C. § 1 – Bid Rigging (Count One)
<u>Maximum Penalties</u>:

CR 14 580 JD

1.      A term of imprisonment of 10 years
2.      A fine of $1 million, or two times the gross gain or loss, whichever is greater
3.      A period of supervised release of not more than 3 years
4.      $100 special assessment per count ($100)
5.      Restitution

18 U.S.C. § 1341 – Mail Fraud (Counts Three, Four, and Five)
<u>Maximum Penalties</u>:

FILED

NOV 1 9 2014

1.      A term of imprisonment of 20 years
2.      A fine of $1 million
3.      A period of supervised release of not more than 5 years
4.      $100 special assessment per count ($300)
5.      Restitution

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c) – Forfeiture
        Any property constituting, or derived from, proceeds obtained directly or
        indirectly from the scheme and artifice to defraud alleged in said Counts

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**FILED**

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
                                   ☐ SUPERSEDING

┌─ OFFENSE CHARGED ─────────────────────────┐
Count One: 15 U.S.C. §1 - Bid Rigging (Count 1)           ☐ Petty
Count Two: 18 U.S.C. §1341 - Mail Fraud (Count 2)
18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c) - Forfeiture  ☐ Minor

                                                ☐ Misde-
                                                  meanor

                                                ☒ Felony
PENALTY:
          See attachment

─── Name of District Court, and/or Judge/Magistrate Location ───
NORTHERN DISTRICT OF CALIFORNIA  NOV 19 2014

OAKLAND DIVISION

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

┌─ DEFENDANT - U.S ──────────────────────┐

▶ VICTOR MARR                          **JD**

DISTRICT COURT NUMBER

# CR 14 580

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court,
  give name of court

_____

☐ this person/proceeding is transferred from another district
  per (circle one) FRCrp 20, 21, or 40.  Show District

_____

☐ this is a reprosecution of
  charges previously dismissed
  which were dismissed on motion      SHOW
  of:                                 DOCKET NO.
  ☐ U.S. ATTORNEY  ☐ DEFENSE  }

☐ this prosecution relates to a
  pending case involving this same
  defendant                           MAGISTRATE
                                      CASE NO.
☐ prior proceedings or appearance(s)  }
  before U.S. Magistrate regarding this
  defendant were recorded under

Name and Office of Person
Furnishing Information on this form   E. Kate Patchen, Dept. of Justice

                    ☐ U.S. Attorney  ☒ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   _____

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☒  Has not been arrested, pending outcome this proceeding.
       If not detained give date any prior   ▶
       summons was served on above charges _____

2) ☐  Is a Fugitive

3) ☐  Is on Bail or Release from (show District)

_____

**IS IN CUSTODY**
4) ☐  On this charge

5) ☐  On another conviction       }  ☐ Federal  ☐ State

6) ☐  Awaiting trial on other charges
       If answer to (6) is "Yes", show name of institution

_____

Has detainer  ☐ Yes    If "Yes"
been filed?   ☐ No   }  give date
                        filed   _____

**DATE OF**      Month/Day/Year
**ARREST**   ▶  _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED**  ▶  Month/Day/Year
**TO U.S. CUSTODY**      _____

☐ This report amends AO 257 previously submitted

## ──── ADDITIONAL INFORMATION OR COMMENTS ────

PROCESS:
☒ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☒ Arraignment  ☒ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons or
                                        warrant needed, since Magistrate has scheduled arraignment
Defendant Address:

Unknown

Date/Time: 12/8/2014; 9:30 a.m.   Before Judge: Kandis A. Westmore

Comments:

PENALTY SHEET

**FILED**

NOV 19 2014

Individual:    **Victor Marr**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

15 U.S.C. § 1 – Bid Rigging (Count One)

**JD**

<u>Maximum Penalties</u>:
1.    A term of imprisonment of 10 years
2.    A fine of $1 million, or two times the gross gain or loss, whichever is greater
3.    A period of supervised release of not more than 3 years
4.    $100 special assessment per count ($100)
5.    Restitution

**CR 14 580**

18 U.S.C. § 1341 – Mail Fraud (Count Two)
<u>Maximum Penalties</u>:
1.    A term of imprisonment of 20 years
2.    A fine of $1 million
3.    A period of supervised release of not more than 5 years
4.    $100 special assessment per count ($100)
5.    Restitution

18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c) – Forfeiture
       Any property constituting, or derived from, proceeds obtained directly or
       indirectly from the scheme and artifice to defraud alleged in said Counts

# United States District Court

**FILED**

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

NOV 1 9 2014

### VENUE: OAKLAND

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

**JD**

**CR 14 580**

MICHAEL MARR,

DEFENDANT(S).

---

# INDICTMENT

Title 15 U.S.C. § 1 (Bid Rigging) (Counts One and Six)
Title 18 U.S.C. § 1341 (Mail Fraud) (Counts Two, Three, Four, Five,
Seven and Eight)
Title 18 U.S.C. § 981(a)(1)(C) and Title 28 U.S.C. § 2461(c)
(Forfeiture)

---

A true bill.

_____
                                        Foreman

Filed in open court this _19th_ day of

_November_

_____
                                        Clerk
Ada Means

Bail, $ _____

Jacqueline Scott Corley
United States Magistrate Judge

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: OAKLAND

**FILED**

NOV 1 9 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

**JD**

# CR 14 580

JAVIER SANCHEZ,

DEFENDANT(S).

# INDICTMENT

Title 15 U.S.C. § 1 (Bid Rigging) (Counts One and Six)
Title 18 U.S.C. § 1341 (Mail Fraud) (Counts Two, Seven and Eight)
Title 18 U.S.C. § 981(a)(1)(C) and Title 28 U.S.C. § 2461(c)
(Forfeiture)

A true bill.

_____
Foreman

Filed in open court this ____19th____ day of

_____November_____

_____ Clerk
Ada Means

Bail, $ _____

_____
Jacqueline Scott Corley
United States Magistrate Judge

# United States District Court

## FILED

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

### VENUE: OAKLAND

NOV 1 9 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

JD

## CR 14 580

GREGORY CASORSO,

DEFENDANT(S).

---

# INDICTMENT

Title 15 U.S.C. § 1 (Bid Rigging) (Count One)
Title 18 U.S.C. § 1341 (Mail Fraud) (Counts Three, Four, and Five)
Title 18 U.S.C. § 981(a)(1)(C) and Title 28 U.S.C. § 2461(c)
(Forfeiture)

---

A true bill.

_____ Foreman

Filed in open court this __19th__ day of
_November_

Ada Means _____ Clerk

Bail, $ _____

Jacqueline Scott Corley
United States Magistrate Judge

# United States District Court

**FILED**

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

NOV 1 9 2014

**RICHARD W. WIEKING**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

**JD**

**CR 14 580**

VICTOR MARR,

DEFENDANT(S).

## INDICTMENT

Title 15 U.S.C. § 1 (Bid Rigging) (Count One)
Title 18 U.S.C. § 1341 (Mail Fraud) (Count Two)
Title 18 U.S.C. § 981(a)(1)(C) and Title 28 U.S.C. § 2461(c)
(Forfeiture)

A true bill.

_____ Foreman

Filed in open court this _____ day of

_November_

Ada Means Clerk

Bail, $ _____

Jacqueline Scott Corley
United States Magistrate Judge

Summons

1  E. KATE PATCHEN (NYRN 4104634)
   ALBERT B. SAMBAT (CSBN 236472)
2  GABRIEL R. MARTINEZ (CSBN 275142)
   KELSEY C. LINNETT (CSBN 274547)
3  U.S. Department of Justice
   Antitrust Division
4  450 Golden Gate Avenue
   Box 36046, Room 10-0101
5  San Francisco, CA 94102
   Telephone: (415) 934-5300
6  kate.patchen@usdoj.gov
7

8  Attorneys for the United States

9

**FILED**

NOV 1 9 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                    OAKLAND DIVISION

**JD**

**CR 14 580**

13

14  UNITED STATES OF AMERICA          )  No.
                                      )
15              v.                    )
                                      )  VIOLATIONS: 15 U.S.C. § 1 –
16                                    )  Bid Rigging (Counts One & Six);
    MICHAEL MARR,                     )  18 U.S.C. § 1341 – Mail Fraud (Counts
17  JAVIER SANCHEZ,                   )  Two, Three, Four, Five, Seven & Eight);
    GREGORY CASORSO, and              )  18 U.S.C. § 981(a)(1)(C), 28 U.S.C. §
18  VICTOR MARR,                      )  2461(c) – Forfeiture
                                      )
19                                    )
              Defendants.             )
20  _____  )

21

22                    I N D I C T M E N T

23  The Grand Jury charges that:

24                       BACKGROUND

25       1.    At all times relevant to this Indictment, when California homeowners defaulted on

26  their mortgages, mortgage holders could institute foreclosure proceedings and sell the properties

27  through non-judicial public real estate foreclosure auctions ("public auctions").  These public

28  auctions were governed by California Civil Code, Section 2924, *et seq.*  Typically, a trustee was

                                        1

INDICTMENT

1  appointed to oversee the public auctions.  These public auctions usually took place at or near the

2  courthouse of the county in which the properties were located.  The auctioneer, acting on behalf

3  of the trustee, sold the property to the bidder offering the highest purchase price.  Proceeds from

4  the sale were then used to pay the mortgage holders, other holders of debt secured by the

5  property, and, in some cases, the defaulting homeowner (collectively "beneficiaries").

6      2.       During the period covered by this Indictment, defendant MICHAEL MARR was a

7  bidder at and purchased real estate at public auctions in Alameda and Contra Costa counties,

8  California, and directed employee defendants, JAVIER SANCHEZ, GREGORY CASORSO,

9  and VICTOR MARR, and others to bid on and purchase real estate at public auctions in

10  Alameda and Contra Costa counties, California.

11      3.       During the period covered by this Indictment, defendant JAVIER SANCHEZ was

12  a bidder at and purchased real estate at public auctions in Alameda and Contra Costa counties,

13  California, on behalf of defendant MICHAEL MARR and others.

14      4.       During the period covered by this Indictment, defendant GREGORY CASORSO

15  was a bidder at and purchased real estate at public auctions in Alameda County, California, on

16  behalf of defendant MICHAEL MARR and others.

17      5.       During the period covered by this Indictment, defendant VICTOR MARR was a

18  bidder at and purchased real estate at public auctions in Alameda County, California, on behalf

19  of defendant MICHAEL MARR and others.

20  **COUNT ONE: 15 U.S.C. § 1 – Bid Rigging (Alameda County)**

21      6.       The following individuals are hereby indicted and made defendants on the charge

22  contained in Count One below:

23          a.     MICHAEL MARR;

24          b.     JAVIER SANCHEZ;

25          c.     GREGORY CASORSO; and

26          d.     VICTOR MARR.

27  //

28  //

2

INDICTMENT

1

### THE COMBINATION AND CONSPIRACY

2      7.      Paragraphs 1 through 5 of this Indictment are re-alleged and incorporated herein

3   as if fully set forth in this Count.

4      8.      Beginning as early as June 2008 and continuing until in or about January 2011,

5   the exact dates being unknown to the Grand Jury, the defendants, MICHAEL MARR, JAVIER

6   SANCHEZ, GREGORY CASORSO, and VICTOR MARR, and others known and unknown to

7   the Grand Jury, entered into and engaged in a combination and conspiracy to suppress and

8   restrain competition by rigging bids to obtain hundreds of selected properties offered at public

9   auctions in Alameda County in the Northern District of California, in unreasonable restraint of

10   interstate trade and commerce, in violation of Section 1 of the Sherman Act, Title 15, United

11   States Code.

12      9.      The charged combination and conspiracy consisted of a continuing agreement,

13   understanding, and concert of action among the defendants and co-conspirators to suppress

14   competition by refraining from and stopping bidding against each other to purchase hundreds of

15   selected properties at public auctions in Alameda County at non-competitive prices.

16

### MEANS AND METHODS

17      10.      For the purpose of forming and carrying out the charged combination and

18   conspiracy, the defendants and co-conspirators did those things that they combined and

19   conspired to do, including, among other things:

20      a.      agreeing not to compete to purchase selected properties at public auctions;

21      b.      designating which conspirators would win selected properties at public

22      auctions;

23      c.      refraining from and stopping bidding for selected properties at public

24      auctions;

25      d.      purchasing selected properties at public auctions at artificially suppressed

26      prices;

27      e.      negotiating, making, and receiving payoffs for agreeing not to compete

28      with co-conspirators; and

3

INDICTMENT

f.     holding second, private auctions, known as "rounds," to determine the payoff amounts and the conspirators who would be awarded the selected properties.

11.    Various entities and individuals, not made defendants in this Count, participated as co-conspirators in the offense charged and performed acts and made statements in furtherance thereof.

TRADE AND COMMERCE

12.    The public auctions and the business activities of the defendants and co-conspirators that are the subject of this Count were within the continuous and uninterrupted flow of, and substantially affected, interstate trade and commerce.  For example, during the period covered by this Count:

a.     substantial proceeds from the sale of properties purchased by the conspirators pursuant to the bid-rigging conspiracy were transmitted from locations in one state to certain beneficiaries located in other states;

b.     instructions regarding the terms of sale of properties that would be purchased by the conspirators pursuant to the bid-rigging conspiracy were transmitted and communicated by certain beneficiaries located in one state to trustees located in other states;

c.     paperwork related to the sale of properties purchased by the conspirators pursuant to the bid-rigging conspiracy was sent by trustees located in one state to certain beneficiaries located in other states, notifying them of the sale of properties in which the beneficiaries held an interest; and

d.     beneficiaries included companies that operated in interstate commerce.

JURISDICTION AND VENUE

13.    The combination and conspiracy charged in this Count was carried out, in part, in the Northern District of California, within the five years preceding the return of this Indictment.

ALL IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

//

4

INDICTMENT

**COUNTS TWO THROUGH FIVE**: **Mail Fraud 18 U.S.C. § 1341 (Alameda County)**

The Grand Jury further charges that:

## SCHEME TO DEFRAUD

14.     Paragraphs 1 through 5 of this Indictment are re-alleged and incorporated herein as if fully set forth in these Counts.

15.     Beginning as early as June 2008 and continuing until in or about January 2011, the exact dates being unknown to the Grand Jury, in Alameda County in the Northern District of California, the defendants, MICHAEL MARR, JAVIER SANCHEZ, GREGORY CASORSO, and VICTOR MARR, and others known and unknown to the Grand Jury, did knowingly and with intent to defraud, devise and participate in a scheme and artifice to defraud beneficiaries and to obtain money and property from beneficiaries by means of materially false and fraudulent pretenses, representations, and promises, and for purposes of executing such scheme, did use and knowingly cause to be used the United States mail and private or commercial interstate carriers.

16.     The purpose of the scheme was to fraudulently acquire title to hundreds of selected properties sold at public auctions in Alameda County and to divert money to co-schemers that would have gone to beneficiaries.

## MEANS AND METHODS OF THE SCHEME TO DEFRAUD

17.     For the purpose of forming and carrying out the charged scheme to defraud, the defendants and co-schemers did those things that they schemed to do, including, among other things:

    a.     holding second, private auctions, known as "rounds," to determine payoff amounts and the schemers who would be awarded the selected properties;

    b.     making and causing to be made materially false and misleading statements that trustees relied upon to distribute proceeds to beneficiaries and to convey title to selected properties;

    c.     paying co-schemers monies that otherwise would have gone to beneficiaries;

    d.     concealing rounds and payoffs from trustees and beneficiaries; and

5

INDICTMENT

e.      causing the suppressed purchase prices to be reported and paid to beneficiaries.

<u>USE OF THE MAILS</u>

18.     In order to execute the scheme and artifice to defraud, the defendants and co-schemers knowingly used and caused to be used the United States Postal Service and private or commercial interstate carriers.

19.     On or about the dates and with respect to the individual defendants specified as to each count set forth below, the defendants and co-schemers did knowingly cause to be delivered by United States mail and private or commercial carriers, including the United States Postal Service, United Parcel Service, and FedEx, the items identified in each Count below:

| Count | Defendants | Approx. Date | To | From | Description |
|-------|-----------|--------------|-----|------|-------------|
| 2 | MICHAEL MARR, JAVIER SANCHEZ, VICTOR MARR | 3/31/2010 | 14278 Wicks Blvd., San Leandro, California | ReconTrust Company, N.A. | Trustee's Deed Upon Sale for 1636 East 21st Street, Oakland, California |
| 3 | MICHAEL MARR, GREGORY CASORSO | 6/15/2010 | 931 Corporate Center Dr., Pomona, California | Agency Sales & Posting | Purchase Money and Auction Paperwork for 1510 67th Avenue, Oakland, California |
| 4 | MICHAEL MARR, GREGORY CASORSO | 6/28/2010 | 1374 Olivina Ave., Livermore, California | Quality Loan Service Corp. | Trustee's Deed Upon Sale for 259 Beverly Avenue, Oakland, California |
| 5 | MICHAEL MARR, GREGORY CASORSO | 8/4/2010 | 585 Mandana Blvd., #9, Oakland, California | California Reconveyance Company | Trustee's Deed Upon Sale for 3058 Berlin Way, Oakland, California |

6

INDICTMENT

<u>JURISDICTION AND VENUE</u>

20.     The scheme and artifice to defraud charged in Counts Two through Five were carried out, in part, in the Northern District of California, within the five years preceding the return of this Indictment.

ALL IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1341.

**<u>COUNT SIX</u>: 15 U.S.C. § 1 – Bid Rigging (Contra Costa County)**

21.     The following individuals are hereby indicted and made defendants on the charge contained in Count Six below:

      a.     MICHAEL MARR; and

      b.     JAVIER SANCHEZ.

<u>THE COMBINATION AND CONSPIRACY</u>

22.     Paragraphs 1, 2, and 3 of this Indictment are re-alleged and incorporated herein as if fully set forth in this Count.

23.     Beginning as early as July 2008 and continuing until in or about January 2011, the exact dates being unknown to the Grand Jury, the defendants MICHAEL MARR and JAVIER SANCHEZ, and others known and unknown to the Grand Jury, entered into and engaged in a combination and conspiracy to suppress and restrain competition by rigging bids to obtain hundreds of selected properties offered at public auctions in Contra Costa County in the Northern District of California, in unreasonable restraint of interstate trade and commerce, in violation of Section 1 of the Sherman Act, Title 15, United States Code.

24.     The charged combination and conspiracy consisted of a continuing agreement, understanding, and concert of action among the defendants and co-conspirators to suppress competition by refraining from and stopping bidding against each other to purchase hundreds of selected properties at public auctions in Contra Costa County at non-competitive prices.

<u>MEANS AND METHODS</u>

25.     For the purpose of forming and carrying out the charged combination and conspiracy, the defendants and co-conspirators did those things that they combined and conspired to do, including, among other things:

7

INDICTMENT

a.    agreeing not to compete to purchase selected properties at public auctions;

b.    designating which conspirators would win selected properties at public auctions;

c.    refraining from and stopping bidding for selected properties at public auctions;

d.    purchasing selected properties at public auctions at artificially suppressed prices;

e.    negotiating, making, and receiving payoffs for agreeing not to compete with co-conspirators; and

f.    holding second, private auctions, known as "rounds," to determine the payoff amounts and the conspirators who would be awarded the selected properties.

26.    Various entities and individuals, not made defendants in this Count, participated as co-conspirators in the offense charged and performed acts and made statements in furtherance thereof.

## TRADE AND COMMERCE

27.    The public auctions and the business activities of the defendants and co-conspirators that are the subject of this Count were within the continuous and uninterrupted flow of, and substantially affected, interstate trade and commerce.  For example, during the period covered by this Count:

a.    substantial proceeds from the sale of properties purchased by the conspirators pursuant to the bid-rigging conspiracy were transmitted from locations in one state to certain beneficiaries located in other states;

b.    instructions regarding the terms of sale of properties that would be purchased by the conspirators pursuant to the bid-rigging conspiracy were transmitted and communicated by certain beneficiaries located in one state to trustees located in other states;

//

8

INDICTMENT

c.    paperwork related to the sale of properties purchased by the conspirators pursuant to the bid-rigging conspiracy was sent by trustees located in one state to certain beneficiaries located in other states, notifying them of the sale of properties in which the beneficiaries held an interest; and

d.    beneficiaries included companies that operated in interstate commerce.

<u>JURISDICTION AND VENUE</u>

28.    The combination and conspiracy charged in this Count was carried out, in part, in the Northern District of California, within the five years preceding the return of this Indictment.

ALL IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

**COUNTS SEVEN AND EIGHT: 18 U.S.C. § 1341 Mail Fraud (Contra Costa County)**

The Grand Jury further charges that:

<u>SCHEME TO DEFRAUD</u>

29.    Paragraphs 1, 2, and 3 of this Indictment are re-alleged and incorporated herein as if fully set forth in these Counts.

30.    Beginning as early as July 2008 and continuing until in or about January 2011, the exact dates being unknown to the Grand Jury, in Contra Costa County in the Northern District of California, the defendants MICHAEL MARR and JAVIER SANCHEZ, and others known and unknown to the Grand Jury, did knowingly and with intent to defraud, devise and participate in a scheme and artifice to defraud beneficiaries and to obtain money and property from beneficiaries by means of materially false and fraudulent pretenses, representations, and promises, and for purposes of executing such scheme, did use and knowingly cause to be used the United States mail and private or commercial interstate carriers.

31.    The purpose of the scheme was to fraudulently acquire title to hundreds of selected properties sold at public auctions in Contra Costa County and to divert money to co-schemers that would have gone to beneficiaries.

<u>MEANS AND METHODS OF THE SCHEME TO DEFRAUD</u>

32.    For the purpose of forming and carrying out the charged scheme to defraud, the defendants and co-schemers did those things that they schemed to do, including, among other

9

INDICTMENT

things:

    a.    holding second, private auctions, known as "rounds," to determine payoff amounts and the schemers who would be awarded the selected properties;

    b.    making and causing to be made materially false and misleading statements that trustees relied upon to distribute proceeds to beneficiaries and to convey title to selected properties;

    c.    paying co-schemers monies that otherwise would have gone to beneficiaries;

    d.    concealing rounds and payoffs from trustees and beneficiaries; and

    e.    causing the suppressed purchase prices to be reported and paid to beneficiaries.

## USE OF THE MAILS

33.    In order to execute the scheme and artifice to defraud, the defendants and co-schemers knowingly used and caused to be used the United States Postal Service and private or commercial interstate carriers.

34.    On or about the dates and with respect to the individual defendants specified as to each count set forth below, the defendants and co-schemers did knowingly cause to be delivered by United States mail and private or commercial carriers, including the United States Postal Service, United Parcel Service, and FedEx, the items identified in each Count below:

| Count | Defendants | Approx. Date | To | From | Description |
|---|---|---|---|---|---|
| 7 | MICHAEL MARR, JAVIER SANCHEZ | 12/8/2009 | 3200 Danville Blvd., Ste. 100, Alamo, California | California Reconveyance Company | Trustee's Deed Upon Sale for 4028 Hiller Lane, Martinez, California |
| 8 | MICHAEL MARR, JAVIER SANCHEZ | 12/22/2009 | 22538 Mission Blvd., Hayward, California | California Reconveyance Company | Trustee's Deed Upon Sale for 2472 Millstream Lane, San Ramon, California |

INDICTMENT

JURISDICTION AND VENUE

35.     The scheme and artifice to defraud charged in Counts Seven and Eight was carried out, in part, in the Northern District of California, within the five years preceding the return of this Indictment.

ALL IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1341.

**FORFEITURE ALLEGATION: 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)**

36.     Paragraph 1 through 5, paragraphs 14 through 20, and paragraphs 29 through 35 of this Indictment are hereby re-alleged as if fully set forth here for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

37.     Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), upon conviction of the offenses alleged in Counts Two, Three, Four, Five, Seven, and Eight of this Indictment, each defendant so convicted shall be jointly and severally liable to forfeit to the United States any property constituting, or derived from, proceeds obtained directly or indirectly from the scheme and artifice to defraud alleged in said Counts.

38.     If, as a result of any act or omission of the defendants, any of said property:

    a.     cannot be located upon the exercise of due diligence;

    b.     has been transferred or sold to, or deposited with, a third party;

    c.     has been placed beyond the jurisdiction of the Court;

    d.     has been substantially diminished in value; or

    e.     has been commingled with other property that cannot be divided without difficulty,

any and all interest that the defendants have in any other property, up to the value of the property described in Paragraph 37, above, shall be forfeited to the United States pursuant to Title 21,

//

//

11

INDICTMENT

1  United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section

2  2461(c).

3

4  Dated:  11-19-2014                          A TRUE BILL.

5

6

7                                              _____
                                               FOREPERSON
8

9

10                                             _____
     Brent Snyder                              Marc Siegel
11   Deputy Assistant Attorney General         Chief, San Francisco Office

12

13

14

15  _____           _____
     Marvin N. Price                            Albert B. Sambat, Trial Attorney
16   Director of Criminal Enforcement          E. Kate Patchen, Assistant Chief
     United States Department of Justice       Gabriel R. Martinez, Trial Attorney
17   Antitrust Division                        Kelsey C. Linnett, Trial Attorney
                                               United States Department of Justice
18                                             Antitrust Division

19

20

21  _____
     Brian J. Stretch
22   Attorney for the United States
     Northern District of California
23   Acting Under Authority Conferred
     by 28 U.S.C. § 515
24

25

26

27

28

                                         12

INDICTMENT