UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## AMENDED CRIMINAL MINUTES

**Date:** December 2, 2015 (Time: 13 minutes)     **JUDGE:** Phyllis J. Hamilton

**Case No:**     14-cr-00580-PJH
**Case Name:**   UNITED STATES  v. MICHAEL MARR (PRESENT)
                                  JAVIER SANCHEZ (PRESENT)
                                  GREGORY CASORSO (PRESENT)
                                  VICTOR MARR (PRESENT)

**Attorney for Plaintiff:**    Albert Sambat
**Attorney for Defendant:**    Jonathan Howden (M. Marr)
                               Dustin Gordon for Colin Cooper (Sanchez)
                               Erik Babcock (Casorso)
                               Teresa Caffese (V. Marr)

**Deputy Clerk:** Jean Ballard          **Court Reporter:** Kathy Wyatt

### PROCEEDINGS

Trial Setting Hearing-Held. Defendants submitted a status report to the Court. Defendants anticipate most pretrial motions will be joint. The government has turned over all Rule 16 discovery. Trial is estimated to last 3-4 weeks. Time is excluded from 12/2/15 to 3/23/16 for complexity and effective preparation of counsel. The government shall prepare order regarding exclusion of time.

### Pretrial Schedule
Motion filing deadline: March 23, 2016
Opposition due by:      April 20, 2016
Replies due by:         May 4, 2016
Motion Hearing:         May 25, 2016 at 2:30 PM
Pretrial Conference:    August 31, 2016 at 2:30 PM
Jury Selection:         September 19, 2016 at 8:30 AM
Trial:                  September 19, 2016 at 8:30 AM for 16 days

**CASE CONTINUED TO: May 25, 2016 at 2:30 PM for Motion Hearing**.

-------------------------------------------------------------------------------------------------------------

**EXCLUDABLE DELAY:** Category  Begins: 12/2/15  Ends: 3/23/16

-------------------------------------------------------------------------------------------------------------

cc:  Chambers