UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,

v.

MICHAEL MARR, et al.,
    Defendants.

Case No. 14-cr-00580-PJH

**ORDER MODIFYING PRETRIAL FILING DEADLINES**

In advance of trial, the government is required to provide notice of the coconspirator statements that it intends to introduce. Accordingly, the court ORDERS that the government shall file and serve a list of the coconspirator statements to be introduced at trial by **July 20, 2016**. Any objections to the admissibility and/or designation of the coconspirator statements must be raised in a motion in limine and will be heard at the pretrial conference set for August 31, 2016. To allow sufficient time for counsel to prepare briefs and pretrial papers in light of the voluminous discovery involved in these proceedings, the court MODIFIES the Order for Pretrial Preparation for Criminal Jury Trial, entered December 4, 2015, to advance the pretrial briefing deadlines as follows: by **August 3, 2016**, the parties shall file motions in limine, pretrial statements, proposed jury instructions, and a proposed form of verdict. Responses to the motions in limine must be filed by **August 17, 2016**.

    **IT IS SO ORDERED.**

Dated: January 22, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge