UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL MARR, JAVIER SANCHEZ, GREGORY CASORSO, and VICTOR MARR,<br><br>Defendants. | Case No. 14-cr-00580-PJH<br><br>**ORDER VACATING RULING ON DEFENDANTS' MOTION TO DISMISS THE MAIL FRAUD COUNTS** |

The court hereby VACATES its ruling denying defendants' motion to dismiss the mail fraud counts, doc. no. 67, in light of the court's ruling earlier today in a related case, *United States v. Galloway, et al.*, CR 14-607 PJH, granting the motion to dismiss the mail fraud counts, or, in the alternative, to strike the omissions theory.  Although defendants did not articulate the same arguments presented in *Galloway*, the court determines that the mail fraud counts alleged in the indictment here are similar to the mail fraud counts found deficient in *Galloway* and reinstates the motion to dismiss both in this case and in *United States v. Florida, et al.*, CR 14-582.  Accordingly, the ruling in Pretrial Order No. 2 ¶ 2 is VACATED.

Due to the pendency of pretrial motions, the court will hold a status conference with the parties in both this case and in *Florida* on **August 24, 2016, at 1:30 p.m.**, to discuss the court's ruling in *Galloway* and whether further briefing is necessary on the reinstated motion to dismiss here.

**IT IS SO ORDERED.**

Dated:  August 15, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge