# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date: December 20, 2017 (Time:  15 minutes)**

**JUDGE:  Phyllis J. Hamilton**

**Case No: 14-cr-00580-PJH-1**
**Case Name:   UNITED STATES   v.  MICHAEL MARR**

**Defendant:**            Michael Marr (Present)
**Attorney for Plaintiff:**     Alexis Loeb and Micah Rubbo
**Attorney for Defendant:**   Martha Boersch, Jonathan Howden and Dennis Riordan

**Deputy Clerk:**  Nikki D. Riley            **Court Reporter:**  Raynee Mercado

**Interpreter: N/A**                **Probation:**  Emily Libby for Karen Mar

**PROCEEDINGS:**  Sentencing-HELD

------------------------------------------------------------------------------------------------------------------

Notes:  The Court gives the defense 3 weeks to review the 168 properties identified by the government as well as the additional 75 properties, compile a comprehensive list pointing out the deficiencies and then meet and confer with the government.  If after the meet and confer the dispute remains, the defense has one week thereafter to e-file their comprehensive list on the docket.  The government has one week thereafter to e-file their objections.  The hearing date of January 10, 2018 previously set on the motion for release on bail pending appeal (docket no. 390) is vacated.

------------------------------------------------------------------------------------------------------------------