LAW OFFICE OF JONATHAN R. HOWDEN
Jonathan Howden (State Bar No. 97022)
Howdenlaw@gmail.com
201 California Street, Suite 450
San Francisco, CA 94111
Telephone: (415) 591-1109

BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
Dshapiro@boerschshapiro.com
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Defendant
Michael Marr

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL MARR,<br><br>Defendant. | Case No. 14-cr-0580-PJH<br><br>**STIPULATED REQUEST TO CONTINUE SENTENCING HEARING AND [PROPOSED] ORDER**<br><br>Date:      March 7, 2018<br>Time:      2:30 p.m.<br>Judge:     Hon. Phyllis J. Hamilton |

The above-captioned matter is scheduled for a sentencing hearing on March 7, 2018 before this Court.  At defense counsel's request, due to the unavailability of undersigned counsel, the parties stipulate to continuing the sentencing hearing to March 21, 2018.  The proposed date has been confirmed with the assigned U.S. Probation Officer, Karen Mar, as well as with government counsel and Mr. Howden.

The reason for the continuance is that counsel for Mr. Marr, Martha Boersch, will be in an all-day interview with a client and the California Department of Justice on March 7.  Ms. Boersch is the attorney primarily responsible for handling Mr. Marr's sentencing.  Counsel for the government, Micah Rubbo, is unavailable on March 14.  She is the attorney primarily responsible for handling Mr. Marr's sentencing for the government.

**IT IS SO STIPULATED:**

Dated:  February 14, 2018

*/s/ Martha Boersch*
Martha Boersch
Attorney for Defendant Michael Marr

Dated:  February 14, 2018

*/s/ Micah L. Rubbo*
Micah L. Rubbo
U.S. Department of Justice
Antitrust Division

**[~~PROPOSED~~] ORDER**

Based on the foregoing Stipulation and for good cause shown, the Court hereby continues the sentencing of defendants Michael Marr from March 7, 2018, to March 21, 2018 at 2:30 p.m.

IT IS SO ORDERED.

Dated:  February 15, 2018

_____
HONORABLE PHYLLIS J. HAMILTON
United States District Court Judge