UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MICHAEL MARR,<br>Defendant. | Case No. 14-cr-00580-PJH-1<br><br>**ORDER DETERMINING VOLUME OF COMMERCE UNDER U.S.S.G. § 2R1.1** |

In advance of the third and final sentencing hearing in this matter, the court hereby determines the volume of commerce attributable to defendant Michael Marr pursuant to U.S.S.G. § 2R1.1(b)(2), an issue which the parties continue to dispute after being ordered to meet and confer and filing several briefs and supporting documents. Having considered the relevant authority, the parties' papers, the record, and the argument of counsel, the court finds that the volume of commerce attributable to defendant is $69,853,079.69, for the reasons set forth below.

As indicated in defendant's supplemental objection to the government's additional and repurposed evidence in support of its volume of commerce calculations, defendant does not dispute approximately $40 million of the government's volume of commerce estimation. Doc. no. 431 at 4 n.2. Defense counsel states that defendant has not objected to 240 properties on the government's property list, doc. no. 412, but the court determines that 241 properties are not subject to dispute, based on the government's summary chart listing all the properties in its volume of commerce calculation, doc. no. 387-3, and defendant's amended chart summarizing his objections, doc. no. 413. The

court determines that the volume of commerce for the 241 properties that are not in dispute, including Property Nos. 894 and 924 as to which defendant withdrew his objections, amounts to $41,203,091.45. This undisputed amount reflects properties for which the government did not provide the winning bid amount at the public auction, but calculated only the payout for the property that was subject to bid rigging, e.g., Property Nos. 457 and 794, as well as properties for which the government provided the winning bid amount but not the payout amount, e.g., Property Nos. 822 and 826.

Following the government's withdrawal of several properties in response to defendant's objections, there are 142 properties remaining in dispute. The government provided supplemental evidence to rebut defendant's two primary grounds for objecting to those properties: (1) the properties are only supported by a single reconciliation sheet and not supported by a round sheet, such that the evidence could indicate that a payment was made as a commission, referral fee, or loan fee; and (2) the properties are identified only by a shorthand "R" notation on a folder without corroborating evidence that a round occurred, or that payouts were made. Doc. no. 412. In light of the supporting documents and rebuttal evidence provided by the government to corroborate these records, the government has shown by a preponderance of the evidence that the payments were made for rounds on each property, except for the five properties identified only by a handwritten "R" notation, as further discussed in section 4(c) below.

Having been given an opportunity by the court to respond to the additional documents submitted by the government as rebuttal evidence in support of its volume of commerce calculation, defendant filed additional objections to any additional and repurposed evidence submitted by the government and motion to strike. Doc. no. 431. The court rules on defendant's objections as follows:

1. Defendant objects generally to any evidence submitted by the government after the initial sentencing hearing on December 6, 2017, when the court instructed the government to provide the defense with an updated version of its September 2017 property list to include citations to the receipts of funds, "but no additional changes can

2

1  be made." Doc. no. 396 (12/6/17 Tr.) at 28. At that hearing, the court instructed the
2  government to provide a random sampling of 20 properties and supporting documents
3  identified by the government so that the court could review the materials to resolve the
4  dispute over the properties included in the government's volume of commerce
5  calculation. At that time, the court instructed that "aside from what you've given her
6  today, no additional documentation may be submitted. And you can't rely upon any other
7  changes. We're going to make it as of the snapshot that's available from the things that
8  we have before us today." 12/6/17 Tr. at 29. On December 8, 2017, the government
9  filed a sampling of supplemental materials for 20 properties.

The court held a further hearing on December 20, 2017, at which defense counsel informed the court that Marr continued to dispute 168 properties identified by the government for insufficient documentation, plus another 75 properties that the defense had not yet reviewed. The defense did not provide the court with a list of all the properties still in dispute, but the government agreed to withdraw five properties that the defense challenged for insufficient documentation. Because of the substantial number of disputed properties, the court ordered the parties to meet and confer. The government asked for leave to expand the universe of documents as necessary to resolve disputes over the sufficiency of documentation: "if we are going to have another round of the opportunity for counsel to identify documents he objects to, the government just would ask that since now apparently we're looking at a larger universe of documents, that we have some more time to meet and -- I mean, that we -- that he identify those to the government so that we have a meaningful opportunity to look at them, to see if there are any adjustments we should make, to raise any issues that might help. . . ." Doc. no. 432 (12/20/17 Tr.) at 9-10. The court gave the government leave to identify additional documents to resolve disputes that arose during meet and confer:

> Yes. Actually, that's -- I don't see why this is as difficult as it has been.
> But I will order that you meet and confer before you submit your filing to the court identifying those, and if the government is in

3

> agreement, they'll take some off. If they can persuade you otherwise, then you -- perhaps you won't include that on the list. And in any event so that I have the smallest universe as possible of these files to go through.
> Once they're identified, you're going to have to submit to me the documents that you've given to the defense. I don't have them except for the 20 samples and the ones that Mr. Howden has brought up.

Tr. at 10. Defendant's objections to the rebuttal evidence on the grounds that the government submitted new materials in defiance of the court's order, or in violation of his right to due process, are OVERRULED, given that the court ordered the parties to meet and confer in a meaningful way and permitted the government to produce additional documents to the defense to show whether disputed properties should be included in the volume of commerce calculation.

2. Defendant objects to the government's repeated sandbagging on the volume of commerce issue by identifying documents buried in 374 gigabytes of discovery, particularly in identifying new and different material in support of its volume of commerce calculation in contravention of the court's directive to stop adding new documents. While the court admonished the government about adding documents in phases and creating a "moving target," the court was also concerned about the parties' inability to agree on which properties were subject to bid rigging and expected the parties to review relevant documents and have a meaningful meet and confer. For the properties remaining in dispute, the government submitted additional supporting documents or "reassigned" documents that were previously identified for other properties, submitted additional trial transcripts, FBI 302 interview reports for individuals who did not testify, and documents seized from other defendants that were not admitted at trial. Doc. no. 431 at 3. Defendant does not dispute the government's representation that all the rebuttal evidence had been provided to the defense in discovery except for publicly available deed records which are cited for four different properties in the government's chart of responses to Marr's objections: Property Nos. 7, 820, 1003, and 1153. Doc. no. 416 at 3-4 (indicating that only three deed records were provided in rebuttal).

Because these deed records were not previously produced to the defense, and were submitted by the government for the first time in rebuttal, defendant's objections to those records are SUSTAINED. Even after disregarding the deed records that the government produced for the first time in rebuttal for Property Nos. 7, 820, 1003, and 1153, the other supporting documents are sufficient to show by a preponderance that those properties were rigged. For example, for Property No. 7 at Hacienda Dr., the government provided handwritten round notes and the receipt of funds identifying Wesley Barta as the Buyer and naming Community Fund, LLC for "VESTING - RECORD TITLE AS SHOWN."

Defendant's objections to the remaining rebuttal documents on the ground that the government did not previously disclose them in support of its volume of commerce calculation are OVERRULED in light of the fact that they were previously produced to the defense and/or introduced at trial or based on testimony.

3. Defendant contends that many of the documents that the government has submitted in support of its volume of commerce calculation were not admitted at trial, and argues that the volume of commerce must be calculated under a heightened standard because the government attempts to have him sentenced for conduct for which he was not convicted. Doc. no. 431 (citing *United States v. Hymas*, 780 F.3d 1285, 1290-91 (9th Cir. 2015)). This argument lacks merit because defendant was convicted of two counts of bid rigging, and the preponderance of the evidence standard is appropriate for calculating the cumulative "volume of commerce done by him" that stems from the offense of conviction. *See Hymas*, 780 F.3d 1290 (finding "no serious due process concerns that required application of a heightened standard . . . to the extent that the sentence was based on the loan that was the subject of the conviction") (citing *United States v. Valensia*, 222 F.3d 1173 (9th Cir. 2000)). Defendant's objection to applying the preponderance standard is OVERRULED.

4. Defendant identifies three groups of documents in particular that he contends are unreliable, and he argues that this evidence fails to establish, even by a

preponderance, that the properties were involved in the bid-rigging scheme:

    (a) Defendant objects to the FBI reports of interviews with Brian McKinzie as hearsay, as McKinzie was never called to testify at trial. Doc. no. 431 at 5-6. Under Ninth Circuit authority, "hearsay is admissible at sentencing, so long as it is accompanied by some minimal indicia of reliability." *United States v. Littlesun*, 444 F.3d 1196, 1200 (9th Cir. 2006) (citation and internal marks omitted). The government has provided sufficient documents to corroborate McKinzie's statements about properties that were subject to rounds or agreements not to bid, to provide minimal indicia that his statements are reliable. This hearsay objection is OVERRULED.

    (b) Defendant objects to Wes Barta's testimony that the phrase "outside services" was used to refer to round payments in Community Fund internal bookkeeping, on the ground that Barta's testimony does not necessarily mean that an entry for "outside services" always refers to a round payment. Doc. no. 431 at 7. Barta testified about this at trial, and was subject to cross-examination. The government cites documents that are consistent with Barta's testimony and other corroborating evidence to show that properties were subject to rounds. For example, the rebuttal evidence of a spreadsheet for Property No. 426 on Del Norte Dr. listing the purchase price of $318,750 and $2,200 for "outside services" is consistent with the notations in the government's original group of supporting documents indicating a purchase price of "$318,7" and "I Owe [ ] Brian $2,0" for that property. The fact that the spreadsheet accounts for an additional $200 for "outside services" above the "$2,0" round payment owed to Brian may show that defendant paid an additional, unidentified outside service fee or referral fee, but it does not contraindicate that defendant owed McKinzie $2,000 for rounding that property. The government's property chart summarizing the volume of commerce calculation only includes the $2,000 round payment, not the full $2,200 listed for

outside services. Defendant's objection to Barta's testimony as unreliable is OVERRULED.

  (c) Defendant objects to the handwritten "R" notations on the outside of property folders because there is no evidentiary basis to infer that those notations always refer to illegal round payments. Doc. no. 431 at 7-8; doc. no. 412 at 3. The government has provided evidence to corroborate the inference that the "R" notation refers to a round payout, in the form of records such as round notes and ledgers that were produced in discovery, except as to five properties:

  # 751 (2568 60th Ave.; Rubbo Decl. Ex. A77) - "R$3k"
  # 939 (1681 Alvarado Ave.; Rubbo Decl. Ex. A112) - "R-$13,0"
  # 940 (1215 9th Ave.; Rubbo Decl. Ex. A113) - "R-$1,5"
  # 962 (1244 106th Ave.; Rubbo Decl. Ex. A 121) - "R-2,6"
  # 996 (2389 Collins Ave.; Rubbo Decl. Ex. A130) - "R-5,4"

Without any other indication that these properties were rigged or round payments were owed or paid, defendant's objections to these five properties are SUSTAINED and they are excluded from the volume of commerce calculation. With these five exceptions, defendant's objections to the "R" notations are overruled on the ground that the evidence in the record shows by a preponderance that round payments were made on the properties in the government's volume of commerce calculation.

In light of these rulings on defendant's objections, the motion to strike is DENIED as moot. The court finds that 137 of the 142 disputed properties are supported by sufficient evidence that they were affected by bid rigging and attributable to defendant for inclusion in the volume of commerce calculation.

Having sustained defendant's objections to (1) the deed records produced for the first time on rebuttal and (2) properties supported only by folders with the "R" notation and no other corroborating documents, the court finds that the government has shown by a preponderance of the evidence that 378 properties were subject to bid rigging, supporting

a volume of commerce attributable to defendant Michael Marr in the amount of $69,853,079.69. A chart listing these properties and the amounts used to calculate the volume of commerce is attached as Appendix A.

**IT IS SO ORDERED.**

Dated: March 13, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge

# Appendix A

| Property # (doc no 387-3) | County | Sale Date | Address | Winning Bid | Payout |
|---|---|---|---|---|---|
| 4 | Alameda | 1/2/2008 | 7869 Lockwood St, Oakland | $55,800.01 | $1,000.00 |
| 6 | Alameda | 1/24/2008 | 444 Phelps St, Oakland | $164,200.00 | $500.00 |
| 7 | Contra Costa | 6/18/2008 | 5048 Canada Hills Way, Antioch | $68,200.00 | $12,900.00 |
| 10 | Contra Costa | 7/31/2008 | 5105 Goleta Ct, Antioch | $176,500.00 | $10,167.00 |
| 11 | Alameda | 8/5/2008 | 1726 Locust St, Livermore | $241,200.00 | $2,000.00 |
| 12 | Alameda | 8/7/2008 | 7535 Ney Ave, Oakland | $100,400.00 | $6,200.00 |
| 14 | Alameda | 8/8/2008 | 617 Anna Maria St, Livermore | $350,000.00 | $6,200.00 |
| 16 | Alameda | 8/19/2008 | 1446 Mimosa St, Livermore | $511,701.00 | $5,000.00 |
| 19 | Alameda | 8/25/2008 | 2129 Del Monte St, Livermore | $292,140.01 | $12,800.00 |
| 22 | Contra Costa | 8/28/2008 | 1904 Galway Dr, Pittsburg | $114,800.00 | Not counted |
| 25 | Contra Costa | 9/10/2008 | 5016 Catanzaro Way, Antioch | $128,800.00 | $1,533.00 |
| 26 | Alameda | 9/11/2008 | 1207 58th Ave, Oakland | $55,000.01 | $2,000.00 |
| 28 | Alameda | 9/17/2008 | 743 Catalina Dr, Livermore | $322,075.01 | $15,500.00 |
| 30 | Alameda | 9/22/2008 | 1083 Donovan Dr, San Leandro | $176,100.00 | $5,000.00 |
| 32 | Alameda | 9/30/2008 | 9876 Stearns Ave, Oakland | $136,900.00 | $2,000.00 |
| 37 | Alameda | 11/3/2008 | 3657 Montrose Pl, Livermore | $589,300.00 | $17,000.00 |
| 39 | Alameda | 11/6/2008 | 2130 105th Ave, Oakland | $74,940.00 | $5,000.00 |
| 42 | Alameda | 11/12/2008 | 1476 153rd Ave, San Leandro | $208,900.00 | $2,000.00 |
| 43 | Alameda | 11/13/2008 | 414 Brighton Way, Livermore | $275,500.00 | $12,600.00 |
| 46 | Alameda | 11/21/2008 | 2714 - 2716 19th Ave, Oakland | $128,200.00 | $21,800.00 |
| 51 | Alameda | 12/8/2008 | 380 Covellite Ln, Livermore | $324,600.01 | $10,500.00 |
| 55 | Alameda | 12/17/2008 | 24970 Muir St, Hayward | $209,663.01 | $1,000.00 |
| 56 | Alameda | 12/19/2008 | 1780 Jennifer Dr, Livermore | $342,000.01 | $10,000.00 |
| 59 | Alameda | 1/9/2009 | 1661 163rd Ave, San Leandro | $115,858.45 | $9,000.00 |
| 66 | Alameda | 1/22/2009 | 2030 109th Ave, Oakland | $78,000.01 | $2,500.00 |
| 67 | Alameda | 1/30/2009 | 10326 Foothill Blvd, Oakland | $79,800.01 | $6,000.00 |
| 68 | Alameda | 1/30/2009 | 2341 Treadwell St, Livermore | $612,000.00 | $1,000.00 |
| 73 | Alameda | 2/6/2009 | 746 Grace St, Livermore | $331,300.00 | $3,000.00 |
| 75 | Alameda | 2/10/2009 | 4911 Capriconus Ave, Livermore | $261,900.00 | $6,000.00 |
| 76 | Alameda | 2/10/2009 | 2023 107th Ave, Oakland | $60,801.00 | $5,000.00 |
| 80 | Alameda | 2/20/2009 | 1308 83rd Ave, Oakland | $50,657.00 | $28,000.00 |

| Property # (doc no 387-3) | County | Sale Date | Address | Winning Bid | Payout |
|---|---|---|---|---|---|
| 84 | Alameda | 2/27/2009 | 1267 101st Ave, Oakland | $102,410.00 | $4,400.00 |
| 85 | Alameda | 2/27/2009 | 1266 83rd Ave, Oakland | $54,327.01 | $3,800.00 |
| 93 | Alameda | 3/9/2009 | 586 Sonoma Ave, Livermore | $214,400.01 | $19,200.00 |
| 95 | Alameda | 3/12/2009 | 1926 104th Ave, Oakland | $48,100.01 | $21,000.00 |
| 97 | Alameda | 3/18/2009 | 3001 38th Ave, Oakland | $306,900.00 | $43,200.00 |
| 102 | Contra Costa | 3/25/2009 | 2008 Mallard Dr, Walnut Creek | $309,000.00 | $45,000.00 |
| 103 | Alameda | 3/25/2009 | 742 Shoemaker Dr, Livermore | $343,310.01 | $10,000.00 |
| 109 | Alameda | 4/2/2009 | 2716 78th Ave, Oakland | $50,300.00 | $5,400.00 |
| 111 | Contra Costa | 4/7/2009 | 209 Delta Ave, Brentwood | $117,360.98 | $1,500.00 |
| 112 | Alameda | 4/7/2009 | 3175 Texas St, Oakland | $140,800.00 | $16,800.00 |
| 114 | Contra Costa | 4/13/2009 | 9675 Tareyton Ave, San Ramon | $397,700.00 | $5,764.00 |
| 116 | Alameda | 4/14/2009 | 2115 99th Ave, Oakland | $70,900.00 | $5,800.00 |
| 118 | Contra Costa | 4/16/2009 | 2515 Cherry Hills Dr, Discovery Bay | $210,600.00 | $1,000.00 |
| 120 | Alameda | 4/17/2009 | 2401 107th Ave, Oakland | $108,900.00 | $1,000.00 |
| 125 | Alameda | 4/23/2009 | 2237 64th Ave, Oakland | $74,300.00 | $2,400.00 |
| 126 | Alameda | 4/23/2009 | 910 Pomona Ave, Albany | $397,300.00 | $3,000.00 |
| 127 | Alameda | 4/28/2009 | 1308 62nd Ave. Oakland | $51,800.00 | $11,400.00 |
| 131 | Alameda | 5/1/2009 | 21883 Hoffman Way, Castro Valley | $279,800.00 | $11,500.00 |
| 134 | Alameda | 5/4/2009 | 2028 Auseon Ave, Oakland | $40,900.00 | $1,800.00 |
| 135 | Alameda | 5/5/2009 | 2940 73rd Ave, Oakland | $112,500.01 | $1,600.00 |
| 137 | Alameda | 5/5/2009 | 433 Clara St, Oakland | $61,200.00 | $3,800.00 |
| 138 | Alameda | 5/6/2009 | 652 Grapevine Dr, Pleasanton | $396,000.00 | $500.00 |
| 144 | Alameda | 5/12/2009 | 5683 Woodrose Way, Livermore | $446,177.01 | $5,500.00 |
| 151 | Alameda | 5/14/2009 | 4981 Shirley Way, Livermore | $369,750.01 | $5,000.00 |
| 156 | Alameda | 5/18/2009 | 940 Redondo Way, Livermore | $390,000.01 | $3,600.00 |
| 157 | Alameda | 5/18/2009 | 3830 California Way, Livermore | $211,200.00 | $1,500.00 |
| 163 | Contra Costa | 5/19/2009 | 966 Golden Leaf Way, Pittsburg | $106,100.00 | $7,400.00 |
| 168 | Contra Costa | 5/21/2009 | 788 Chadwick Ln 62, Bay Point | $30,800.00 | $9,600.00 |
| 173 | Contra Costa | 5/22/2009 | 550 12th St, Richmond | $46,200.00 | $6,300.00 |
| 190 | Alameda | 6/2/2009 | 2026 109th Ave, Oakland | $38,000.00 | $9,800.00 |
| 193 | Alameda | 6/3/2009 | 36457 Hafner St, Newark | $241,000.00 | $6,800.00 |
| 195 | Contra Costa | 6/3/2009 | 1231 Linden Dr, Concord | $155,100.00 | $2,600.00 |
| 196 | Contra Costa | 6/3/2009 | 2230 Concord Dr, Pittsburg | $118,900.00 | $1,200.00 |
| 203 | Alameda | 6/8/2009 | 4128 Camrose Ave, Livermore | $444,441.00 | $5,000.00 |

| Property # (doc no 387-3) | County | Sale Date | Address | Winning Bid | Payout |
|---|---|---|---|---|---|
| 204 | Alameda | 6/8/2009 | 2201 62nd Avenue, Oakland | $55,000.00 | $1,800.00 |
| 213 | Contra Costa | 6/10/2009 | 4760 Knarlwood Rd, Oakley | $318,900.00 | $25,000.00 |
| 217 | Alameda | 6/11/2009 | 3318 Maple Ave, Oakland | $120,200.00 | $12,000.00 |
| 221 | Alameda | 6/12/2009 | 6214 Harmon Ave, Oakland | $44,100.00 | $2,600.00 |
| 223 | Alameda | 6/12/2009 | 2351 109th Ave, Oakland | $105,300.01 | $4,000.00 |
| 232 | Alameda | 6/16/2009 | 963 Devon Dr, Hayward | $156,500.00 | $2,500.00 |
| 233 | Alameda | 6/17/2009 | 7127 Favor St, Oakland | $65,363.01 | $4,800.00 |
| 236 | Alameda | 6/22/2009 | 1364 93rd Ave, Oakland | $55,405.01 | $2,400.00 |
| 240 | Contra Costa | 6/24/2009 | 2054 Cardiff Dr, Pittsburg | $76,200.00 | $3,300.00 |
| 243 | Alameda | 6/25/2009 | 1830 94th Ave, Oakland | $60,100.00 | $4,800.00 |
| 245 | Alameda | 6/26/2009 | 2512 Calhoun St, Alameda | $90,000.00 | $5,000.00 |
| 246 | Alameda | 6/26/2009 | 1601 67th Ave, Oakland | $90,000.00 | $2,000.00 |
| 252 | Alameda | 7/1/2009 | 9329 Olive St, Oakland | $58,000.01 | $2,000.00 |
| 257 | Alameda | 7/2/2009 | 3380 Sydney Way, Castro Valley | $369,100.00 | $32,500.00 |
| 259 | Alameda | 7/2/2009 | 1527 3rd St, Livermore | $306,100.00 | $21,500.00 |
| 261 | Alameda | 7/2/2009 | 1107 101st Ave, Oakland | $84,100.00 | $2,000.00 |
| 262 | Contra Costa | 7/2/2009 | 3892 Brookside Dr, Pittsburg | $119,000.00 | $5,600.00 |
| 266 | Alameda | 7/7/2009 | 1153 Apache St, Livermore | $233,500.00 | $4,200.00 |
| 271 | Contra Costa | 7/10/2009 | 1611 Mendota Ct, Walnut Creek | $459,700.00 | Not counted |
| 272 | Alameda | 7/13/2009 | 424 Caswell Ave, Oakland | $59,300.00 | $5,200.00 |
| 273 | Alameda | 7/13/2009 | 10214 Royal Ann St, Oakland | $107,100.00 | $4,800.00 |
| 279 | Contra Costa | 7/15/2009 | 2754 Pacheco St, Concord | $113,600.00 | $3,200.00 |
| 282 | Alameda | 7/16/2009 | 35 Cary Ct, Oakland | $65,363.01 | $2,200.00 |
| 291 | Alameda | 7/20/2009 | 1960 89th Ave, Oakland | $52,000.01 | $7,200.00 |
| 292 | Alameda | 7/20/2009 | 2933 Marina Dr, Alameda | $422,500.01 | $72,000.00 |
| 298 | Alameda | 7/21/2009 | 2008 Warner Ave, Oakland | $93,700.00 | $3,200.00 |
| 301 | Alameda | 7/23/2009 | 9890 Koford Rd, Oakland | $98,400.00 | $7,200.00 |
| 306 | Contra Costa | 7/24/2009 | 9859 Broadmoor Dr, San Ramon | $316,200.00 | $13,500.00 |
| 309 | Alameda | 7/27/2009 | 7007 Weld St, Oakland | $74,000.00 | $800.00 |
| 310 | Alameda | 7/28/2009 | 2301 94th Ave, Oakland | $71,235.01 | $1,000.00 |
| 313 | Alameda | 7/29/2009 | 11018 Robledo Dr Oakland | $63,320.01 | $3,500.00 |
| 316 | Alameda | 7/30/2009 | 1166 Elmhurst Ave, Oakland | $59,300.00 | $3,000.00 |
| 329 | Alameda | 8/4/2009 | 1610 89th Ave, Oakland | $58,200.01 | $7,400.00 |
| 336 | Alameda | 8/6/2009 | 19823 Lake Chabot Rd, Castro Valley | $234,600.00 | $11,200.00 |

| Property # (doc no 387-3) | County | Sale Date | Address | Winning Bid | Payout |
|---|---|---|---|---|---|
| 341 | Alameda | 8/7/2009 | 146 Estates St, Livermore | $240,200.00 | $3,500.00 |
| 344 | Alameda | 8/10/2009 | 2400 90th Ave, Oakland | $95,500.00 | $3,000.00 |
| 355 | Contra Costa | 8/13/2009 | 2712 Cutting Blvd, Richmond | $54,900.01 | $5,600.00 |
| 357 | Contra Costa | 8/13/2009 | 401 Gertrude Ave, Richmond | $21,750.01 | $11,000.00 |
| 358 | Alameda | 8/14/2009 | 9537 Coral Rd, Oakland | $97,800.00 | $1,000.00 |
| 359 | Alameda | 8/14/2009 | 6637 Lucille St, Oakland | $99,200.00 | $1,000.00 |
| 363 | Alameda | 8/18/2009 | 1234 81st Ave, Oakland | $103,500.00 | $9,300.00 |
| 364 | Alameda | 8/18/2009 | 112 Marge Ct, Union City | $235,700.00 | $19,000.00 |
| 365 | Alameda | 8/18/2009 | 3534 68th Ave, Oakland | $99,400.00 | $8,000.00 |
| 368 | Alameda | 8/19/2009 | 2773 Gelding Lane, Livermore | $371,900.00 | $2,000.00 |
| 376 | Contra Costa | 8/20/2009 | 5 Lancaster Cir 125, Bay Point | $52,300.00 | Not counted |
| 379 | Contra Costa | 8/21/2009 | 240 Shore Rd, Bay Point | $69,000.00 | Not counted |
| 385 | Contra Costa | 8/24/2009 | 3267 Madrone St, Antioch | $85,900.00 | $7,200.00 |
| 389 | Alameda | 8/25/2009 | 1439 Chestnut St, Oakland | $139,900.00 | $3,600.00 |
| 394 | Alameda | 8/26/2009 | 1504 Rhododendron Dr, Livermore | $245,400.00 | $3,600.00 |
| 396 | Contra Costa | 8/26/2009 | 1700 Laguna St #A, Concord | $40,200.00 | Not counted |
| 398 | Alameda | 8/27/2009 | 6231 Fortune Way, Oakland | $79,500.00 | $2,932.00 |
| 399 | Alameda | 8/27/2009 | 1501 76th Ave, Oakland | $54,200.00 | $3,800.00 |
| 404 | Contra Costa | 8/31/2009 | 4988 Parkgreen Cir, Antioch | $174,400.00 | Not counted |
| 407 | Alameda | 9/1/2009 | 2698 77th Ave, Oakland | $69,500.00 | $625.00 |
| 408 | Alameda | 9/1/2009 | 1622 Castro St, Oakland | $118,000.00 | $9,800.00 |
| 409 | Contra Costa | 9/1/2009 | 1039 Mohr Ln C, Concord | $74,500.00 | $200.00 |
| 411 | Alameda | 9/2/2009 | 571 South N St, Livermore | $213,600.00 | $4,800.00 |
| 413 | Alameda | 9/2/2009 | 2350 96th Ave, Oakland | $130,400.00 | $1,332.00 |
| 419 | Alameda | 9/8/2009 | 1834 88th Ave, Oakland | $64,200.00 | $6,800.00 |
| 420 | Alameda | 9/8/2009 | 1040 89th Ave, Oakland | $50,500.00 | $10,200.00 |
| 422 | Contra Costa | 9/8/2009 | 3005 Cherry St, Antioch | $88,300.00 | $8,800.00 |
| 424 | Alameda | 9/10/2009 | 3634 Reflections Dr, Pleasanton | $351,300.00 | $22,400.00 |
| 425 | Alameda | 9/10/2009 | 732 Portola Dr, San Leandro | $257,300.00 | $1,000.00 |
| 426 | Alameda | 9/10/2009 | 791 Del Norte Dr, Livermore | $318,750.01 | $2,000.00 |
| 430 | Alameda | 9/11/2009 | 5236 Lawler Ave, Fremont | $470,000.00 | $3,400.00 |
| 431 | Alameda | 9/14/2009 | 400 Worth St, Oakland | $75,200.00 | $2,000.00 |
| 434 | Alameda | 9/15/2009 | 7805 Locust, Oakland | $61,000.00 | $1,000.00 |
| 442 | Contra Costa | 9/16/2009 | 21 W Lake Drive, Antioch | $133,600.00 | $9,000.00 |

United States District Court
Northern District of California

| Property # (doc no 387-3) | County | Sale Date | Address | Winning Bid | Payout |
|---|---|---|---|---|---|
| 443 | Alameda | 9/17/2009 | 1325 52nd Ave, Oakland | $67,000.00 | $4,400.00 |
| 444 | Alameda | 9/17/2009 | 325 White Dr, Hayward | $146,400.00 | $15,000.00 |
| 452 | Contra Costa | 9/22/2009 | 1923 Rancho Verde Cir W, Danville | $415,500.00 | $18,000.00 |
| 454 | Contra Costa | 9/23/2009 | 1438 Marclair Dr A, Concord | $274,000.00 | $35,000.00 |
| 457 | Contra Costa | 9/23/2009 | 4007 Carla Ct, Antioch | | $15,800.00 |
| 458 | Alameda | 9/24/2009 | 3208 60th Ave, Oakland | $84,600.00 | $1,600.00 |
| 459 | Alameda | 9/24/2009 | 6935 Halliday Ave, Oakland | $66,100.00 | $9,600.00 |
| 470 | Contra Costa | 9/25/2009 | 5116 Canada Hills Dr, Antioch | $157,700.00 | Not counted |
| 471 | Contra Costa | 9/28/2009 | 126 16th St, Richmond | $59,700.00 | $450.00 |
| 475 | Contra Costa | 9/29/2009 | 226 Shore Rd, Bay Point | $67,300.00 | $4,200.00 |
| 478 | Alameda | 9/30/2009 | 1641 98th Ave, Oakland | $57,275.00 | $29,600.00 |
| 480 | Alameda | 9/30/2009 | 1917 12th Ave, Oakland | $203,300.00 | $20,000.00 |
| 485 | Alameda | 10/1/2009 | 10327 Voltaire Ave, Oakland | $89,700.00 | $11,800.00 |
| 486 | Alameda | 10/1/2009 | 624 Curlew Rd, Livermore | $361,300.00 | $2,000.00 |
| 487 | Contra Costa | 10/1/2009 | 1612 Bissell Ave, Richmond | $47,400.00 | $4,800.00 |
| 488 | Contra Costa | 10/1/2009 | 1613 Lilac Ln, Antioch | $88,700.00 | $1,200.00 |
| 489 | Alameda | 10/2/2009 | 1724 Filbert St, Oakland | $140,600.00 | $5,600.00 |
| 490 | Contra Costa | 10/5/2009 | 101 Leeward Pl, Pittsburg | $117,200.00 | $1,800.00 |
| 492 | Alameda | 10/5/2009 | 6728 Melody Ct, Pleasanton | $411,000.00 | $18,000.00 |
| 499 | Contra Costa | 10/7/2009 | 1133 Meadow Ln 91, Concord | $25,400.00 | $7,400.00 |
| 501 | Alameda | 10/7/2009 | 1009 Murrieta Blvd 65, Livermore | $105,200.00 | $266.00 |
| 505 | Alameda | 10/8/2009 | 3114 73rd Ave, Oakland | $70,100.00 | $6,800.00 |
| 508 | Alameda | 10/9/2009 | 3959 Harlequin Ter, Fremont | $298,500.00 | $1,560.00 |
| 514 | Contra Costa | 10/14/2009 | 1806 Chinquapin Ct Apt.B, Concord | $98,000.01 | $11,400.00 |
| 524 | Alameda | 10/20/2009 | 2205 Church St, Oakland | $57,100.00 | $11,400.00 |
| 526 | Alameda | 10/21/2009 | 925 Oakwood Ct, Hayward | $230,200.00 | $200.00 |
| 531 | Contra Costa | 10/23/2009 | 195 Mae Ave, Pittsburg | $113,200.00 | $266.00 |
| 538 | Contra Costa | 10/26/2009 | 765 Watson Canyon Ct #235, San Ramon | $213,500.01 | $8,800.00 |
| 540 | Alameda | 10/26/2009 | 2808 Seadrift Cir, Hayward | $499,700.00 | $14,000.00 |
| 550 | Alameda | 10/30/2009 | 10406 Shaw St, Oakland | $72,600.00 | $35,000.00 |
| 553 | Contra Costa | 11/2/2009 | 2121 Ackerman Dr., Pittsburg | $127,900.00 | $1,783.00 |
| 554 | Alameda | 11/2/2009 | 1019 E 33rd St, Oakland | $150,500.00 | $5,600.00 |
| 560 | Contra Costa | 11/3/2009 | 1001 W 6th St, Antioch | $58,400.00 | Not counted |
| 561 | Contra Costa | 11/3/2009 | 1814 Holland Dr, Walnut Creek | $277,100.00 | $25,400.00 |

| Property # (doc no 387-3) | County | Sale Date | Address | Winning Bid | Payout |
|---|---|---|---|---|---|
| 570 | Alameda | 11/4/2009 | 7532 Arthur St, Oakland, CA | $95,100.00 | $6,600.00 |
| 572 | Alameda | 11/5/2009 | 25931 Westview Way, Hayward | $235,600.00 | $2,000.00 |
| 578 | Contra Costa | 11/6/2009 | 270 S 19th St, Richmond | $51,200.00 | $7,200.00 |
| 579 | Alameda | 11/6/2009 | 1230 83rd Ave, Oakland | $86,300.00 | $2,000.00 |
| 588 | Alameda | 11/10/2009 | 1085 Murrieta Blvd 244, Livermore | $56,600.00 | $1,600.00 |
| 589 | Alameda | 11/10/2009 | 1418 102nd Ave, Oakland | $75,100.00 | $2,200.00 |
| 590 | Alameda | 11/10/2009 | 2196 Harrington Ave, Oakland | $116,600.00 | $32,600.00 |
| 596 | Alameda | 11/12/2009 | 5170 Morris Way, Fremont | $255,001.00 | $20,400.00 |
| 597 | Alameda | 11/12/2009 | 2561 68th Ave, Oakland | $68,700.00 | $11,000.00 |
| 598 | Alameda | 11/12/2009 | 2432 75th Ave, Oakland | $78,951.01 | $4,000.00 |
| 603 | Alameda | 11/13/2009 | 1742 67th Ave, Oakland | $91,240.00 | $10,000.00 |
| 605 | Contra Costa | 11/16/2009 | 225 Duboce Ave, Richmond | $34,500.00 | $5,600.00 |
| 609 | Alameda | 11/17/2009 | 21066 Times Ave, Hayward | $175,000.00 | $5,080.00 |
| 616 | Alameda | 11/18/2009 | 3674 Pestana Way, Livermore | $220,000.00 | $6,200.00 |
| 624 | Contra Costa | 11/20/2009 | 4613 Knollpark Cir, Antioch | $153,500.00 | Not counted |
| 628 | Alameda | 11/23/2009 | 1703 92nd Ave, Oakland | $82,500.00 | $500.00 |
| 630 | Alameda | 11/24/2009 | 1501 37th Ave D1, Oakland | $114,800.00 | $2,000.00 |
| 631 | Contra Costa | 11/25/2009 | 2036 Sierra Rd #6, Concord | $72,200.00 | $1,566.00 |
| 644 | Alameda | 12/2/2009 | 2281 Mezzamonte Dr, Livermore | $546,500.00 | $6,000.00 |
| 646 | Alameda | 12/2/2009 | 301 Catron Dr, Oakland | $86,000.00 | $4,000.00 |
| 647 | Contra Costa | 12/3/2009 | 312 2nd Ave, Martinez | $266,513.16 | $18,400.00 |
| 651 | Alameda | 12/3/2009 | 325 S M St, Livermore | $301,100.00 | $3,600.00 |
| 653 | Contra Costa | 12/4/2009 | 4013 Meadow Lake St, Antioch | $176,300.00 | $2,200.00 |
| 654 | Alameda | 12/4/2009 | 276 Blossom Way, Hayward | $315,600.00 | $8,050.00 |
| 662 | Alameda | 12/7/2009 | 294 Thrasher Ave, Livermore | $422,300.00 | $35,200.00 |
| 667 | Contra Costa | 12/9/2009 | 1280 Apple Dr, Concord | $168,200.00 | $4,400.00 |
| 668 | Alameda | 12/9/2009 | 9993 Empire Rd, Oakland | $69,001.00 | $5,000.00 |
| 677 | Alameda | 12/14/2009 | 1548 Murdell Ln, Livermore | $292,900.00 | $2,000.00 |
| 678 | Alameda | 12/14/2009 | 5524 Brushy Peak Ct, Livermore | $461,000.00 | $16,600.00 |
| 683 | Alameda | 12/17/2009 | 6042 Old Quarry Loop, Oakland | $219,800.00 | $2,200.00 |
| 684 | Alameda | 12/18/2009 | 1241 81st Ave, Oakland | $93,900.00 | $9,000.00 |
| 685 | Alameda | 12/18/2009 | 409 Grove Way, Hayward | $229,500.00 | $4,324.00 |
| 689 | Alameda | 12/30/2009 | 7055 Rich Ave, Newark | $239,800.00 | $3,266.00 |
| 691 | Contra Costa | 1/4/2010 | 2213 Peppertree Way #1, Antioch | $24,100.00 | $2,766.00 |

| Property # (doc no 387-3) | County | Sale Date | Address | Winning Bid | Payout |
|---|---|---|---|---|---|
| 697 | Contra Costa | 1/6/2010 | 3033 McBryde Ave, Richmond | $141,100.00 | $800.00 |
| 699 | Alameda | 1/6/2010 | 9852 Walnut St, Oakland | $110,300.00 | $3,800.00 |
| 700 | Alameda | 1/7/2010 | 8801 Thermal St, Oakland | $93,400.00 | $5,200.00 |
| 709 | Alameda | 1/12/2010 | 2255 4th St, Livermore | $260,800.00 | $2,000.00 |
| 713 | Contra Costa | 1/13/2010 | 4430 Eagle Peak Rd B, Concord | $157,608.01 | Not counted |
| 715 | Contra Costa | 1/13/2010 | 3620 Brookside Dr, Martinez | $161,000.01 | $11,800.00 |
| 716 | Contra Costa | 1/14/2010 | 3640 Northwood Dr I, Concord | $75,400.00 | Not counted |
| 717 | Contra Costa | 1/14/2010 | 400 Grovewood Loop, Brentwood | $128,500.00 | $6,800.00 |
| 723 | Alameda | 1/19/2010 | 8534 Mahogany Pl, Newark | $381,700.00 | $38,800.00 |
| 724 | Alameda | 1/19/2010 | 1605 Locust St, Livermore | $143,400.00 | $10,000.00 |
| 726 | Contra Costa | 1/20/2010 | 50 Ambrosia Way, Bay Point | $53,600.00 | $7,600.00 |
| 727 | Alameda | 1/20/2010 | 2033 98th Ave, Oakland | $59,400.00 | $360.00 |
| 728 | Alameda | 1/20/2010 | 22730 Myrtle St, Hayward | $208,800.00 | $21,800.00 |
| 731 | Contra Costa | 1/21/2010 | 118 Woy Cir, Pinole | $121,500.00 | Not counted |
| 732 | Alameda | 1/21/2010 | 5255 Lenore Ave, Livermore | $320,800.00 | $4,400.00 |
| 745 | Alameda | 1/26/2010 | 4566 Augustine St, Pleasanton | $410,600.00 | $20,612.00 |
| 746 | Contra Costa | 1/27/2010 | 203 Manuel Ct, Bay Point | $103,200.00 | Not counted |
| 758 | Contra Costa | 2/2/2010 | 1767 Shirley Dr, Pleasant Hill | $269,000.01 | $1,200.00 |
| 760 | Alameda | 2/2/2010 | 3044 Suter St, Oakland | $236,100.00 | $5,460.00 |
| 761 | Contra Costa | 2/3/2010 | 1691 Alvarado Ave 35, Walnut Creek | $235,800.00 | $200.00 |
| 764 | Alameda | 2/3/2010 | 4117 Penniman Ct, Oakland | $150,000.00 | $1,500.00 |
| 765 | Contra Costa | 2/4/2010 | 1763 Toyon Dr, Concord | $168,000.00 | $700.00 |
| 767 | Contra Costa | 2/4/2010 | 1840 Tesoro Ct, Pinole | $36,700.00 | Not counted |
| 769 | Contra Costa | 2/5/2010 | 4721 Broomtail Ct. Antioch | $203,200.00 | Not counted |
| 772 | Alameda | 2/8/2010 | 2963 68th Ave, Oakland | $117,800.00 | $12,400.00 |
| 773 | Alameda | 2/8/2010 | 1585 West St, Hayward | $187,400.00 | $16,000.00 |
| 778 | Alameda | 2/9/2010 | 956 Hazel St, Livermore | $378,100.00 | Not counted |
| 785 | Alameda | 2/16/2010 | 1756 102nd Ave, Oakland | $85,500.00 | $4,000.00 |
| 789 | Alameda | 2/16/2010 | 25509 Franklin Ave, Hayward | $175,100.00 | Not counted |
| 792 | Alameda | 2/17/2010 | 715 27th St, Oakland | $70,800.00 | Not counted |
| 793 | Contra Costa | 2/18/2010 | 247 Highway Ave, Bay Point | | $7,400.00 |
| 796 | Alameda | 2/19/2010 | 334 Medford Ave, Hayward | $194,800.00 | Not counted |
| 797 | Alameda | 2/19/2010 | 1394 B Street, Hayward | | Not counted |
| 800 | Alameda | 2/22/2010 | 4128 E 18th St., Oakland | | $10,000.00 |

United States District Court
Northern District of California

| Property # (doc no 387-3) | County | Sale Date | Address | Winning Bid | Payout |
|---|---|---|---|---|---|
| 803 | Alameda | 2/23/2010 | 231 Beach Rd, Alameda | $289,100.00 | $4,000.00 |
| 805 | Alameda | 2/23/2010 | 1335 102nd Ave, Oakland | $125,200.00 | $13,800.00 |
| 809 | Contra Costa | 2/26/2010 | 2205 Peppertree Way #4 Antioch | $23,400.01 | $2,800.00 |
| 812 | Contra Costa | 3/4/2010 | 3641 Clayton Rd #12, Concord | $89,400.00 | $6,600.00 |
| 813 | Alameda | 3/4/2010 | 3062 West Ruby Hill Dr, Pleasanton | $2,068,200.00 | $15,000.00 |
| 814 | Alameda | 3/4/2010 | 28434 Rochelle Ave, Hayward | $220,400.00 | $4,200.00 |
| 820 | Contra Costa | 3/10/2010 | 3716 Vindara Ln, San Ramon | $610,800.00 | $5,000.00 |
| 822 | Contra Costa | 3/11/2010 | 3601 Wells Rd, Oakley | $73,100.00 | Not counted |
| 826 | Alameda | 3/12/2010 | 972 Collins Ct, Hayward | $193,600.00 | Not counted |
| 833 | Alameda | 3/16/2010 | 22525 Bayview Ave, Hayward | $260,000.00 | Not counted |
| 834 | Contra Costa | 3/17/2010 | 2752 Winding Ln, Antioch | $75,300.00 | Not counted |
| 838 | Contra Costa | 3/18/2010 | 4081 Clayton Rd 205, Concord | $60,000.01 | Not counted |
| 839 | Contra Costa | 3/18/2010 | 1408 Chanslor Ave, Richmond | $93,400.00 | $2,000.00 |
| 841 | Contra Costa | 3/18/2010 | 185-187- 25th St, Richmond | $135,500.00 | Not counted |
| 843 | Alameda | 3/18/2010 | 584 Celia St, Hayward | $216,159.00 | Not counted |
| 844 | Alameda | 3/22/2010 | 2979 68th Ave, Oakland | $166,900.00 | $6,200.00 |
| 845 | Alameda | 3/22/2010 | 1182 14th St, Oakland | $201,450.00 | $14,800.00 |
| 848 | Alameda | 3/23/2010 | 1417 100th Ave, Oakland | $69,200.00 | $3,800.00 |
| 854 | Alameda | 3/24/2010 | 1528 Frederick Michael Way, Livermore | $792,000.01 | Not counted |
| 857 | Alameda | 3/26/2010 | 1600 98th Ave, Oakland | $110,000.01 | $6,000.00 |
| 859 | Contra Costa | 3/29/2010 | 2715 Serene Ct, Brentwood | $222,300.00 | $200.00 |
| 860 | Alameda | 3/29/2010 | 1727 12th St, Oakland | $171,500.00 | $3,400.00 |
| 864 | Alameda | 3/30/2010 | 9912 Walnut St, Oakland | $83,500.00 | Not counted |
| 865 | Contra Costa | 4/1/2010 | 4604 Fawn Hill Way, Antioch | $187,800.00 | Not counted |
| 866 | Alameda | 4/1/2010 | 4275 Becerra Dr, Fremont | $427,500.00 | Not counted |
| 867 | Alameda | 4/1/2010 | 1773 Vetta Dr, Livermore | $744,678.00 | Not counted |
| 870 | Alameda | 4/5/2010 | 9541 Empire Rd, Oakland | $90,000.01 | Not counted |
| 871 | Alameda | 4/5/2010 | 1274 58th Ave, Oakland | $72,965.01 | Not counted |
| 873 | Alameda | 4/6/2010 | 311 Oak St PH2, Oakland | $169,163.67 | $16,000.00 |
| 877 | Alameda | 4/7/2010 | 1962 83rd Ave, Oakland | $81,000.01 | $2,800.00 |
| 878 | Contra Costa | 4/7/2010 | 3690 Cowell Rd, Concord | $245,100.00 | Not counted |
| 887 | Contra Costa | 4/12/2010 | 1350 Traynor Rd, Concord | | $4,400.00 |
| 894 | Alameda | 4/14/2010 | 888 Laguna Street, Livermore (earlier objection withdrawn) | $381,100.00 | $11,000.00 |

| Property # (doc no 387-3) | County | Sale Date | Address | Winning Bid | Payout |
|---|---|---|---|---|---|
| 897 | Alameda | 4/15/2010 | 524 Sonoma Ave, Livermore | $262,500.00 | $16,600.00 |
| 901 | Alameda | 4/19/2010 | 1232 78th Ave, Oakland | $60,300.00 | $5,800.00 |
| 906 | Contra Costa | 4/21/2010 | 2948 Hilltop Rd, Concord | $168,300.00 | $1,000.00 |
| 907 | Alameda | 4/21/2010 | 1618 100th Ave, Oakland | $70,500.00 | $7,600.00 |
| 911 | Alameda | 4/23/2010 | 21623 Knoll Way, Hayward | $322,300.00 | $16,000.00 |
| 917 | Alameda | 4/28/2010 | 1342 93rd Ave, Oakland | $79,046.37 | Not counted |
| 919 | Alameda | 4/30/2010 | 738-740 39th St, Oakland | $204,600.00 | $32,600.00 |
| 923 | Alameda | 5/4/2010 | 6115 Harmon Ave, Oakland | $73,500.00 | $500.00 |
| 924 | Alameda | 5/4/2010 | 22 Via Diego, San Lorenzo | $255,500.00 | $13,600.00 |
| 928 | Alameda | 5/7/2010 | 21683 Willow Ct, Hayward | $169,100.00 | $2,000.00 |
| 929 | Alameda | 5/7/2010 | 368 Pleasant Way, San Leandro | $271,000.00 | $14,600.00 |
| 930 | Alameda | 5/7/2010 | 5283 Lenore Ave, Livermore | $314,100.00 | Not counted |
| 932 | Contra Costa | 5/10/2010 | 504 Sanford Ave, Richmond | $67,150.00 | $1,400.00 |
| 935 | Alameda | 5/10/2010 | 5840 Seminary Ct, Oakland | $67,400.00 | $8,400.00 |
| 936 | Alameda | 5/10/2010 | 1726 11th Ave, Oakland | $113,900.00 | Not counted |
| 942 | Alameda | 5/18/2010 | 3226 13th Ave, Oakland | $180,600.00 | Not counted |
| 944 | Alameda | 5/20/2010 | 1380 D St, Hayward | $295,000.00 | Not counted |
| 945 | Alameda | 5/20/2010 | 8606 Plymouth St, Oakland | $102,300.00 | Not counted |
| 949 | Alameda | 5/24/2010 | 1932 Grove Way, Hayward | $240,800.00 | $3,000.00 |
| 952 | Alameda | 5/26/2010 | 10584 Creekside Cir, Oakland | $99,607.01 | Not counted |
| 956 | Alameda | 6/1/2010 | 844 Vinci Way, Livermore | $764,400.00 | Not counted |
| 960 | Alameda | 6/7/2010 | 36133 Magellan Dr, Fremont | $341,900.00 | Not counted |
| 961 | Contra Costa | 6/8/2010 | 4205 Jenkins Way, Richmond | $54,600.00 | $1,200.00 |
| 963 | Alameda | 6/8/2010 | 10020 Burr St, Oakland | $137,500.01 | Not counted |
| 964 | Alameda | 6/9/2010 | 2085 Duval Ln, Hayward | $235,300.00 | $5,800.00 |
| 967 | Alameda | 6/11/2010 | 2630 109th Ave, Oakland | $120,000.01 | Not counted |
| 968 | Alameda | 6/14/2010 | 1458 88th Ave, Oakland | $52,300.00 | $2,400.00 |
| 970 | Alameda | 6/15/2010 | 22515 Charlene Way, Castro Valley | $300,200.00 | $83,000.00 |
| 973 | Alameda | 6/15/2010 | 1510 67th Ave, Oakland | $67,200.00 | Not counted |
| 975 | Alameda | 6/16/2010 | 357 Eastman St, Hayward | $225,000.01 | Not counted |
| 980 | Contra Costa | 6/22/2010 | 239 Village Pl, Martinez | $17,800.00 | $30,980.00 |
| 984 | Contra Costa | 6/28/2010 | 545 4th St, Richmond | $56,600.00 | $5,000.00 |
| 986 | Alameda | 6/28/2010 | 869 Serra Dr, San Leandro | $262,000.00 | $5,200.00 |
| 987 | Alameda | 6/30/2010 | 923 Leonardo Way, Hayward | $202,100.00 | Not counted |

| Property # (doc no 387-3) | County | Sale Date | Address | Winning Bid | Payout |
|---|---|---|---|---|---|
| 988 | Alameda | 7/2/2010 | 1944 41st Ave, Oakland | $175,100.00 | $2,000.00 |
| 989 | Contra Costa | 7/6/2010 | 1849 Wightman Ln, Antioch | $98,700.00 | $2,600.00 |
| 990 | Alameda | 7/6/2010 | 36730 Hafner St, Newark | $207,000.00 | $2,500.00 |
| 993 | Contra Costa | 7/7/2010 | 124 Riverside Dr, Bay Point | $117,500.00 | $2,200.00 |
| 1001 | Contra Costa | 7/14/2010 | 4812 Highlands Way, Antioch | $165,100.00 | $9,444.00 |
| 1002 | Alameda | 7/16/2010 | 1516 Willow St, Oakland | $96,100.00 | $5,600.00 |
| 1003 | Contra Costa | 7/19/2010 | 21 Bolla Ave, Alamo | $680,300.00 | $16,500.00 |
| 1005 | Alameda | 7/20/2010 | 2551 D St, Hayward | $325,500.00 | $8,000.00 |
| 1006 | Alameda | 7/22/2010 | 3336 Martin Luther King Jr. Way, Oakland | $130,800.00 | $1,000.00 |
| 1007 | Alameda | 7/22/2010 | 5877 Lobelia Way, Livermore | $402,200.00 | $22,000.00 |
| 1009 | Alameda | 7/23/2010 | 5416 Ruth Ave, Oakland | $210,400.00 | $18,600.00 |
| 1011 | Alameda | 7/29/2010 | 17269 Roberto St, Castro Valley | $210,500.00 | $4,400.00 |
| 1012 | Alameda | 8/6/2010 | 2451 83rd Ave, Oakland | $112,800.00 | $12,400.00 |
| 1013 | Alameda | 8/10/2010 | 6208 Hayes St, Oakland | $70,700.00 | $5,000.00 |
| 1015 | Contra Costa | 8/12/2010 | 2542 Clinton Ave, Richmond | $90,000.00 | $3,600.00 |
| 1017 | Alameda | 8/16/2010 | 4673 Canary Dr, Pleasanton | $505,300.00 | $16,800.00 |
| 1018 | Alameda | 8/17/2010 | 385 Redbud Ln, Hayward | $215,800.00 | $3,000.00 |
| 1021 | Alameda | 8/17/2010 | 424 Staten Ave 203, Oakland | $160,300.00 | Not counted |
| 1024 | Alameda | 8/19/2010 | 1809 Joyce Ave, San Leandro | $236,700.00 | $4,000.00 |
| 1025 | Contra Costa | 8/20/2010 | 163 Fawcett, Hercules | $269,900.00 | $2,100.00 |
| 1026 | Alameda | 8/20/2010 | 864 Isabella St, Oakland | $95,000.00 | $36,600.00 |
| 1028 | Alameda | 8/23/2010 | 2706 75th Ave, Oakland | $60,900.00 | $6,200.00 |
| 1030 | Alameda | 8/27/2010 | 1237 Lucille St, San Leandro | $191,466.01 | $16,200.00 |
| 1031 | Contra Costa | 8/30/2010 | 152 Heron Dr, Pittsburg | $164,100.00 | $8,800.00 |
| 1032 | Alameda | 8/30/2010 | 2917 MacArthur Blvd 3D, Oakland | $69,795.01 | $1,200.00 |
| 1035 | Alameda | 8/31/2010 | 1036 73rd Ave, Oakland |  | $4,400.00 |
| 1036 | Alameda | 8/31/2010 | 1434 9th St, Oakland | $140,213.01 | Not counted |
| 1037 | Alameda | 9/1/2010 | 4232 Queensboro Way, Union City | $265,875.01 | $9,400.00 |
| 1039 | Alameda | 9/7/2010 | 220 D St, Union City | $221,100.00 | $12,000.00 |
| 1042 | Alameda | 9/17/2010 | 23321 Lynn St, Hayward | $196,100.00 | $5,200.00 |
| 1043 | Alameda | 9/17/2010 | 1154 Powell St, Oakland | $234,200.00 | $9,800.00 |
| 1045 | Alameda | 9/20/2010 | 1715 Church St, Oakland | $43,400.00 | $9,400.00 |
| 1055 | Contra Costa | 9/28/2010 | 2560 Walnut Blvd #11, Walnut Creek | $94,200.00 | $7,800.00 |
| 1060 | Contra Costa | 9/29/2010 | 1345 Columbia St, Pittsburg | $74,900.01 | $900.00 |

| Property # (doc no 387-3) | County | Sale Date | Address | Winning Bid | Payout |
|---|---|---|---|---|---|
| 1062 | Contra Costa | 10/1/2010 | 2408 Bella Vista Ave, Martinez | | $5,000.00 |
| 1065 | Alameda | 10/1/2010 | 3819 Buell St, Oakland | $192,300.00 | $10,800.00 |
| 1069 | Alameda | 10/4/2010 | 4001 Rhoda Ave, Oakland | $311,200.00 | $6,800.00 |
| 1071 | Contra Costa | 10/6/2010 | 3357 South Lucille Ln, Lafayette | $343,900.00 | $19,800.00 |
| 1076 | Alameda | 10/8/2010 | 1425 78th Ave, Oakland | $80,750.01 | $5,600.00 |
| 1079 | Contra Costa | 10/14/2010 | 135 Francis Ct, Oakley | $137,500.00 | $2,400.00 |
| 1080 | Contra Costa | 10/14/2010 | 1880 Santa Fe St, Oakley | $140,300.00 | $1,200.00 |
| 1083 | Alameda | 10/15/2010 | 2154 105th Ave, Oakland | $99,361.00 | $5,600.00 |
| 1085 | Alameda | 10/19/2010 | 5648 Stockton Loop, Livermore | $647,300.00 | $26,600.00 |
| 1086 | Alameda | 10/20/2010 | 1131 83rd Ave, Oakland | $75,713.01 | $3,600.00 |
| 1087 | Alameda | 10/20/2010 | 1918 41st Ave, Oakland | $122,700.00 | $3,600.00 |
| 1090 | Alameda | 10/21/2010 | 1426 87th Ave, Oakland | $66,600.00 | $6,800.00 |
| 1091 | Alameda | 10/21/2010 | 2521 Myrtle St, Oakland | $142,400.00 | $3,000.00 |
| 1094 | Alameda | 10/26/2010 | 43039 Charleston Way, Fremont | $487,600.01 | $14,000.00 |
| 1096 | Contra Costa | 10/27/2010 | 1810 Biglow Dr, Antioch | $136,039.51 | $1,600.00 |
| 1097 | Alameda | 10/27/2010 | 63 Duarte Ave, Fremont | $279,000.00 | $3,600.00 |
| 1099 | Contra Costa | 10/29/2010 | 5235 Victor Ave, El Cerrito | $187,400.00 | $10,200.00 |
| 1102 | Alameda | 10/29/2010 | 465 Hale Ave, Oakland | $96,424.01 | $1,200.00 |
| 1103 | Alameda | 11/1/2010 | 1515 88th Ave, Oakland | $134,182.81 | $6,800.00 |
| 1104 | Alameda | 11/1/2010 | 1500 40th Ave, Oakland | $110,700.00 | $3,000.00 |
| 1107 | Alameda | 11/2/2010 | 1948 48th Ave, Oakland | $140,213.01 | $4,400.00 |
| 1110 | Alameda | 11/3/2010 | 2700 26th Ave, Oakland | $143,396.11 | $6,000.00 |
| 1113 | Alameda | 11/9/2010 | 560 Almanza Dr, Oakland | $126,300.00 | $1,500.00 |
| 1114 | Contra Costa | 11/10/2010 | 1691 Peach Pl, Concord | $182,600.01 | $500.00 |
| 1115 | Contra Costa | 11/10/2010 | 2349 Riverview Dr, Concord | $221,200.00 | $2,600.00 |
| 1121 | Alameda | 11/16/2010 | 3626 Brookdale Ave, Oakland | $158,446.03 | $2,800.00 |
| 1122 | Alameda | 11/17/2010 | 1622 85th Avenue, Oakland | $168,800.00 | $2,400.00 |
| 1127 | Contra Costa | 11/29/2010 | 329 Foxglove St, Pittsburg | $134,000.00 | $550.00 |
| 1129 | Alameda | 11/29/2010 | 2139 E 19th St 2, Oakland | $36,913.00 | $10,400.00 |
| 1136 | Contra Costa | 12/2/2010 | 1128 Victory Ln, Concord | | $4,400.00 |
| 1139 | Contra Costa | 12/7/2010 | 303 Burbank Rd, Antioch | | $2,400.00 |
| 1142 | Alameda | 12/10/2010 | 1683 Bandoni Ave, San Lorenzo | $230,900.00 | $500.00 |
| 1143 | Contra Costa | 12/13/2010 | 524 2nd St, Richmond | $43,400.00 | $4,800.00 |
| 1144 | Alameda | 12/13/2010 | 349 Raymond Drive, Hayward | $186,400.00 | $400.00 |

| Property # (doc no 387-3) | County | Sale Date | Address | Winning Bid | Payout |
|---|---|---|---|---|---|
| 1146 | Contra Costa | 12/14/2010 | 2540 MacArthur Ave, San Pablo | $110,400.00 | $500.00 |
| 1148 | Alameda | 12/14/2010 | 2044 Auseon Ave, Oakland | $78,400.00 | $6,000.00 |
| 1153 | Alameda | 12/23/2010 | 4115 Aqua Vista St, Oakland | $156,500.00 | $1,200.00 |
| 1156 | Contra Costa | 12/29/2010 | 1333 7th St, Rodeo | $129,300.02 | $14,200.00 |
| 1159 | Contra Costa | 1/5/2011 | 180 Bonnie Dr, San Pablo | $81,300.00 | $7,000.00 |
| 1161 | Contra Costa | 1/5/2011 | 1362 Del Rio Circle D, Concord | $67,800.00 | $2,000.00 |
| 1162 | Alameda | 1/5/2011 | 2044 84th Ave, Oakland | $75,500.00 | $4,800.00 |
| 1163 | Alameda | 1/6/2011 | 994 42nd St, Oakland | $270,600.00 | $3,750.00 |
| | | | | | |
| | | | SUBTOTAL: | $67,252,693.69 | $2,600,386.00 |
| | | | | | |
| | | | TOTAL VOLUME OF COMMERCE | | $ 69,853,079.69 |