UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>MICHAEL MARR,<br>　　　　Defendant. | Case No. 14-cr-00580-PJH-1<br><br>**ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>Re: Dkt. 480 |

　　　　Before the court is the motion of defendant Michael Marr for early termination of supervised release, filed pursuant to 18 U.S.C. 3583(e)(1).  See Dkt. 480.  The government has filed a response stating that it does not oppose defendant's motion.  See Dkt. 481.  The Probation Office has also filed a response stating that it does not oppose defendant's motion.  See Dkt. 482.  Having read the parties' papers and carefully considered their arguments and the relevant legal authority, and good cause appearing, the court hereby rules as follows.

　　　　Section 3583 allows the court to "terminate a term of supervised release previously ordered and discharge the defendant at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). "The expansive phrases 'conduct of the defendant' and 'interest of justice' make clear that a district court enjoys discretion to consider a wide range of circumstances when determining whether to grant early termination." See United States v. Ponce, 22 F.4th 1045, 1047 (9th Cir. 2022) (citing United States v. Emmett, 749 F.3d 817, 819 (9th Cir.

1  2014)).

2      Defendant has served approximately 26 months of his 36-month term of
3  supervised release.  <u>See</u> Dkt. 480 at 4.  Given the lack of objection to defendant's
4  motion, the court finds that the interest of justice supports early termination of supervised
5  release, and GRANTS defendant's motion for early termination of supervised release.

7  **IT IS SO ORDERED.**

8  Dated:  November 28, 2022

                /s/ *Phyllis J. Hamilton*
        PHYLLIS J. HAMILTON
        United States District Judge